

# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2020

No. 04-19-00212-CR

Sean Leroy **HAYS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-0232-CR-A
Honorable William Old, Judge Presiding

# O R D E R

On December 30, 2019, this order granted appellant's pro se motion to access the appellate record and ordered the district clerk to send a full and complete duplicate copy of the clerk's record and the reporter's record to appellant. On January 17, 2020, the district clerk filed written notice in this court that the record was mailed to appellant.

On January 21, 2020, this court received a letter from appellant dated January 15, 2020, requesting an extension of time to file a pro se brief because appellant had not yet received the appellate record. Because the appellate record has now been mailed to appellant, it is ORDERED that appellant's pro se brief, should he choose to file one, is due no later than thirty (30) days from the date of this order. It is further ORDERED that if the appellant files a pro se brief, the State may file a responsive brief no later than thirty (30) days after the date the appellant's pro se brief is filed in this court.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of January, 2020.



_____

MICHAEL A. CRUZ,
Clerk of Court